U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 07 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| BOBBY LYNN ALBERT,<br>Appellant | CIVIL ACTION<br>NO. CV05-2236-A |
| VERSUS | |
| JO ANNE B. BARNHART, COMMISSIONER<br>OF SOCIAL SECURITY,<br>Appellee | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the final decision of the Commissioner is REVERSED and JUDGMENT IS ENTERED IN FAVOR OF ALBERT, awarding disability income benefits from May 9, 2003.

IT IS FURTHER ORDERED that the case is REMANDED to the Commissioner for the purpose of calculating Albert's benefits.

THUS ORDERED AND SIGNED in Chambers at ALEXANDRIA, Louisiana, on this 7th day of FEBRUARY, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE