UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| BOBBY LYNN ALBERT | CIVIL ACTION 05-2236 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| U. S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that attorney fees be awarded in the amount of $2898.50.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 29th day of June, 2007.

Dee D. Drell
United States District Judge